# UNITED STATES DISTRICT COURT
## Northern District of California

ANDZEJ PACZYNSKI,

        Plaintiff(s),

  v.

CITY OF BERKELEY,

        Defendant(s).
_____/

No. C 09-05544 MEJ

**ORDER TO SHOW CAUSE**

On November 23, 2009, Plaintiff Andzej Paczynski filed the above-captioned case, as well as an application to proceed in forma pauperis. On December 1, 2009, the Court ordered Plaintiff to file a consent to magistrate judge jurisdiction or a request for reassignment to a district judge. (Dkt. #4.) Although the Court ordered Plaintiff to file a response by December 16, 2009, no consent or declination has been filed, and Plaintiff has made no further appearances since filing her complaint. Accordingly, the Court hereby ORDERS Plaintiff Andzej Paczynski to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by January 7, 2010, and the Court shall conduct a hearing on January 14, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: December 21, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANDZEJ PACZYNSKI,

        Plaintiff(s),

v.

CITY OF BERKELEY,

        Defendant.

Case Number: CV09-05544 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andzej Paczynski
2320 Bonar Street
Berkeley, CA 94702

Dated: December 21, 2009

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk