|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | NORTHERN DISTRICT OF CALIFORNIA | |

ANDZEJ PACZYNSKI

    Plaintiff(s),                               No. 09-05544 MEJ

    v.                                     **NOTICE OF CONTINUANCE**

CITY OF BERKELEY

    Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that the Order to Show Cause hearing (Dkt. #5), scheduled to take place on January 14, 2010 at 10:00 a.m. has been continued to January 21, 2010 at 10:00 a.m., in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Plaintiff's declaration in response remains due on January 7, 2010.

Dated: January 7, 2010

                                                                         _____
                                                                         Brenda Tolbert, Courtroom Deputy to
                                                                         Maria-Elena James,
                                                                         Chief United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

ANDZEJ PACZYNSKI,

    Plaintiff,

v.

CITY OF BERKELEY et al,

    Defendant.

Case Number: CV09-05544 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andzej Paczynski
2320 Bonar Street
Berkeley, CA 94702

Dated: January 7, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk