UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDZEJ PACZYNSKI

    Plaintiff(s),                                        No. 09-05544 MEJ

    v.                                             **NOTICE OF CONTINUANCE**

CITY OF BERKELEY

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that the Order to Show Cause hearing (Dkt. #5), scheduled to take place on January 14, 2010 at 10:00 a.m. has been continued to January 21, 2010 at 10:00 a.m., in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Plaintiff's declaration in response remains due on January 7, 2010.

Dated: January 7, 2010

                                                                            _____
                                                                            Brenda Tolbert, Courtroom Deputy to
                                                                             Maria-Elena James,
                                                                              Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT<br>
FOR THE<br>
NORTHERN DISTRICT OF CALIFORNIA

ANDZEJ PACZYNSKI,

        Plaintiff,

  v.

CITY OF BERKELEY et al,

        Defendant.
_____/

Case Number: CV09-05544 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andzej Paczynski
2320 Bonar Street
Berkeley, CA 94702

Dated: January 7, 2010

                              Richard W. Wieking, Clerk
                              By: Brenda Tolbert, Deputy Clerk