IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDZEJ PACZYNSKI,

    Plaintiff,

v.

CITY OF BERKELEY, and DOES 1–100,

    Defendants.
                                       /

No. C 09-05544 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The case management conference is **CONTINUED** to **APRIL 8, 2010, AT 11:00 A.M.** Attorney Andrew Schallaby must appear with plaintiff Andrzej Paczynski.

    **IT IS SO ORDERED.**

Dated: April 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE