IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDZEJ PACZYNSKI,

    Plaintiff,

v.

CITY OF BERKELEY, and DOES 1–100,

    Defendants.

No. C 09-05544 WHA

**ORDER FOR PLAINTIFF TO EFFECT SERVICE OR FACE DISMISSAL**

The case management conference has now been held twice with no progress. The alleged attorney for plaintiff (Andrew Schallaby) did not appear as ordered at the case management conference reset for today. There has been enough delay. Plaintiff is hereby **ORDERED**, as stated to him at the case management conference today, that he has until **APRIL 30, 2010,** to serve whatever defendants he wishes to sue with the summons and complaint and to file a proper proof of service thereof or else the case is liable to be dismissed for untimely service, the 120-day period having expired last month.

**IT IS SO ORDERED.**

Dated: April 8, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE