IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDZEJ PACZYNSKI,

    Plaintiff,

  v.

CITY OF BERKELEY, and DOES 1–100,

    Defendants.
                                        /

No. C 09-05544 WHA

**FURTHER ORDER FOR PLAINTIFF TO EFFECT SERVICE OR FACE DISMISSAL**

      The case management conference has now been held twice with no progress. The alleged attorney for plaintiff (Andrew Schallaby) did not appear as ordered at the case management conference reset for today. At the case management conference on April 8, 2010, plaintiff was ordered to serve whatever defendants he wishes to sue with the summons and complaint and to file a proper proof of service thereof by no later than Friday, April 30, 2010. Plaintiff was warned that if he did not comply, his case was liable to be dismissed for untimely service, the 120-day period having expired last month.

      Now plaintiff, proceeding *pro se*, has filed a sworn declaration averring that he will file proof of service by Monday, May 3, 2010. Because he is proceeding *pro se*, plaintiff will be given one more chance to file proper proof of service by **MAY 3, 2010**, or else have his case dismissed for untimely service.

      **IT IS SO ORDERED.**

Dated: May 3, 2010.

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE