IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDZEJ PACZYNSKI,

    Plaintiff,

  v.

CITY OF BERKELEY, and DOES 1–100,

    Defendants.
                                 /

No. C 09-05544 WHA

**ORDER TO SHOW CAUSE**

      Defendant noticed a motion to dismiss scheduled for hearing on July 29, 2010. Pursuant to Civil Local Rule 7-3, any brief in opposition to the motion was due on July 8, 2010, but no such opposition has been received. Plaintiff — who is proceeding *pro se* — is ordered to respond by **JULY 29, 2010, AT NOON**, and show cause for his failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternately to file statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). If plaintiff fails to do so, this matter shall likely be dismissed for failure to prosecute. This order to show cause does not constitute permission to file a late opposition. The hearing on July 29 is **VACATED**. A hearing will be scheduled by the Court at a later date if necessary.

    **IT IS SO ORDERED.**

Dated: July 13, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE