**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDZEJ PACZYNSKI,

    Plaintiff,

v.

CITY OF BERKELEY, and DOES 1–100,

    Defendants.
    /

No. C 09-05544 WHA

**ORDER DISMISSING ACTION**

    Defendant noticed a motion to dismiss in this action scheduled for hearing on July 29, 2010. Pursuant to Civil Local Rule 7-3, any brief in opposition to the motion was due on July 8, 2010, but no opposition was received. Plaintiff, who is proceeding *pro se*, was ordered to show cause by July 29, 2010, for his failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternately to file statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). The order warned that if plaintiff failed to respond to the order to show cause, "this matter shall likely be dismissed for failure to prosecute" (Dkt. No. 28). Yet again, the deadline has passed and plaintiff has not provided a response.

    As described, plaintiff has repeatedly failed to respond in a timely manner. Due to his

failure to prosecute, this action shall be **DISMISSED WITHOUT LEAVE TO AMEND**. Judgment shall be entered.

**IT IS SO ORDERED.**

Dated: August 3, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE