IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDZEJ PACZYNSKI,

    Plaintiff,

    v.

CITY OF BERKELEY, and DOES 1–100,

    Defendants.
    /

No. C 09-05544 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: August 3, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE